UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY MCCREADY,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLPATH, et al.,<br><br>    Defendants. | Case No.: 1:24-cv-1208 JLT BAM<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 10) |

Casey McCready asserts he suffered violations of his civil rights related to tuberculosis testing performed at Madera County Jail. (*See generally* Doc. 8.) The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to cognizable claim for a violation of his rights under the Fourteenth Amendment. (Doc. 10 at 3-5.) In addition, the magistrate judge found Plaintiff failed "to state a claim that he was coerced to take the testing." (*Id.* at 5.) The magistrate judge observed that the Court previously provided Plaintiff with the relevant legal standards, and found further leave to amend was not warranted because Plaintiff failed to cure the deficiencies. (*Id.* at 6.) Therefore, the magistrate judge recommended the Court dismissal "for failure to state a cognizable claim upon which relief may be granted." (*Id.*)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 10 at 6.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's

factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated July 21, 2025 (Doc. 10) are **ADOPTED** in full.
2. The action is **DISMISSED** with prejudice, for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 12, 2025**

UNITED STATES DISTRICT JUDGE